**FROM: The District Court of the 13th Judicial District. County of Big Horn.**

STATE OF MONTANA,
                    Plaintiff,                                    NO. DC 93-07
          vs.                                                      DECISION
Hiram Vine Armajo,
          Defendant.

On January 17, 1997, the defendant, Hiram Vine Armajo, was found to be in violation of the terms and conditions of his previously probationary sentence for the offense of Felony Assault. That as a result of that violation the defendant be, and is hereby sentenced to the Department of Corrections for a term of four (4) years for placement in an appropriate facility or institution. The defendant shall be required to pay any restitution remaining imposed under the original sentence.

On May 8, 1997, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3),

34

MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 8th day of May, 1997.

DATED this 13th day of June, 1997.

**Chairman, Hon. Jeffrey M. Sherlock, Member, Hon. Wm. Nels Swandal and Alternate Member, Hon. Robert Boyd.**

The Sentence Review Board wishes to thank Hiram Vine Armajo for representing himself in this matter.